No. 717. UNITED STATES *v.* DOTTERWEICH. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* for the United States. *Mr. Francis E. Bagot* for respondent.

No. 756. ROBERTS *v.* UNITED STATES. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Benton Littleton Britnell* and *Newton Benjamin Powell* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* and *Miss Melva M. Graney* for the United States.

No. 794. GREEN, DOING BUSINESS AS GREEN VACUUM CLEANER CO., *v.* ELECTRIC VACUUM CLEANER CO., INC. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Merritt A. Vickery* and *Earl William Aurelius* for petitioner. *Messrs. John F. Oberlin* and *L. C. Spieth* for respondent.

No. 750. CARTER *v.* KUBLER. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the first question presented by the petition. *Mr. Elmer McClain* for petitioner. *George A. Kubler, pro se.*

No. 708. HILL, ADMINISTRATOR, *v.* HAWES, TRUSTEE, ET AL. April 5, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of